Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

JOSUE S CABRERO-GONZALEZ
Plaintiff,

v. 26-CV-5645

WESTCHESTER DEPARTMENT OF
CORRECTIONS et la.,
Defendants,

---------------------------------------- X

On July 30 2026 I made a Foil request for my jail records. On August 19 2026 I again made a foil request for my jail record. I received and answer on August 24 2026 stating I will receive an answer in 20 buisness days. I submitted a grievence on September 23 2026 I submitted a grievence and I received a letter on September 30 2026 having me sing a document wich I did the same day. On October 9 2026 I submitted a grievence to sargent Krump 249 and was given a letter on October 19 2026 stating I don't have enough funds in my account to get the records I have requested I asked captain Seawright and Sargent Krump to provide me with the badge numbers of the officers in my claim and they denied it saying I need to submitt a foil request. I have tried by different means to get evidence for my case but have been denied. I also asked warden Delgrosso to provide me with a shipping box to send the evidence I do have to the courts and got denied.

I ask the courts to request my jail records from the Westchester County department of corrections including the officer's badge numbers in my complaint. I ask the courts to make an order to the department of corrections to provide this information to me.

Josue S Cabrero-Gonzalez

10/21/26

Application (Doc. 27) denied without prejudice as premature. To date, no defendants have been served in this action and discovery has not yet commenced. Plaintiff's request to compel discovery is, thus, premature. *See Allen v. Sanderson*, 24-CV-0332, 2024 WL 3519688, at * (N.D.N.Y. July 24, 2024) ("Since discovery has not yet begun, Plaintiff's Discovery Motions are denied without prejudice as premature.").

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 27 and mail a copy of this Order to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 4, 2026

26-CV-5645

1 OF 2

WESTCHESTER COUNTY

Memorandum
**Department of Correction**

Date: **October 16, 2026**

To: **Cabrero, Josue**
**JID #243423; BKG # 25-2741**

From: **J. Tejeda**
**Assistant Warden**

Re: **Grievance #26-0273**

---

I am in receipt of your grievance in which you claim that on October 7, 2026, at 9:35PM you attempted to give Capt. Seawright 2 grievances and he refused to take them. You claim that you explained to Capt. Seawright that due to the nature of the grievance, you needed a Captain to process the grievances and that it was needed for court.

You requested remedy is that you needed the Captain's assistance as the grievance you were submitting had to do with not receiving legal mail orders sent by the courts and you needed the names and badge numbers of the Officers in your suit. You wish to not have your grievances refused in the future.

I interviewed Capt. Seawright, he claimed that he did have a conversation with you and you attempted to ask him to provide Officers personal information, such as their first names for a law suit. He explained to you that he does not provide Officers first names and that you would have to FOIL request any information that you need. Capt. Seawright claims that you did not give him or discuss giving him any grievances.

I interviewed the Block Officer Gonzalez and he did recall you having a conversation with Capt. Seawright but reported not being able to hear what was being discussed due to the volume in which you speak. Officer Gonzalez says that he did not witness you giving or attempting to give Capt. Seawright a grievance.

I also reviewed video surveillance. Although, you are seen speaking to Capt. Seawright due to the lack of audio, I cannot hear what was being discussed with Capt. Seawright. At no time during the video review did I observe you giving or attempting to give any documents to Capt. Seawright.

Due to the above your claims are unsubstantiated and your grievance is denied on merits.

In reference to your requested remedy, you do not get to decide who processes your grievance. All grievances are thoroughly investigated by the Grievance Coordinator. Per policy, our grievance coordinators are all Supervisors but usually will be assigned to a Sergeant unless there are exigent circumstances. There are special cases in which a Captain or even a Warden may act as the Grievance Coordinator but this is decided by

26-CV-5645 2 of 2

Administration, it is not dictated by who you believe should process or investigate your grievance. You cannot get names and badge numbers of officers by requesting them, you must FOIL request which Officers who were working particular areas. This can be handled by your attorney. Per policy, grievances are not to be refused, grievances must be accepted and received from you by any Supervisor. In this case it cannot be confirmed that your grievances were refused. Therefore, your requested remedy is also denied.

26-CV-5645

WESTCHESTER COUNTY

Memorandum
**Department of Correction**

Date: October 19, 2026

To: Inmate Josue Cabrero
Bkg #25-2741, Jid #243423

From: Sergeant Crump #249

Re: Grievance # 26-0279

---

On October 9, 2026 you gave me a grievance stating that on July 30, 2026 you made a foil request for your jail records. You wrote you sent a second request August 19, 2026 and received an answer on August 24, 2026 stating you would receive an answer in 20 business days. You wrote that on September 23 you submitted a grievance and on September 30 you wrote you received a letter asking you to sign and return a document which you did the same day according to you. You wrote it's been 7 business days and you had not received any records, and that you didn't receive an answer to your grievance.

During the initial interview I asked you for clarification in which you didn't provide me with any. I gave you (2) days to provide me with details so that I might be able to conduct a proper investigation and provide an adequate answer. I allowed you to have more days totaling in (10) days.

The following is a list of the information you failed to provide:

- What was the foil for?
- What was the letter for?
- Who was the letter from?
- Which Sergeant did you give the grievance to?

This grievance is denied due to being vague and on merits
Your remedy sought is denied due to you not providing the necessary information

26-CV-5645

WESTCHESTER COUNTY

**Kenneth W. Jenkins**
**County Executive**

Department of Correction

Joseph K. Spano
Commissioner

October 19, 2026

Josue Cabrero
JID: 243423
Jail Location: 4-NE-032

Dear Mr. Cabrero:

Please be advised that, in response to your request for copies of your medical and legal records maintained by the Westchester County Department of Correction, your request cannot be fulfilled at this time due to insufficient funds in your inmate account.

At this time, your inmate account does not have sufficient funds to cover the cost of the requested records. Therefore, the records cannot be provided until the applicable fees have been paid.

Once sufficient funds are available in your inmate account, you may submit a new request for the records. Your request will then be processed in accordance with the applicable procedures.

Very truly yours,

Nory Padilla
1st Deputy Commissioner
Records Access Officer

NP/wh

PO Box 389
Valhalla, NY 10595 Telephone: (914) 231-1166 Fax: (914) 231-1262 e-mail: nnp4@WestchesterCountyNY.gov

26-CV-5645

WESTCHESTER COUNTY DEPARTMENT OF CORRECTIONS
INMATE REQUEST FOR INFORMATION (NEW YORK PUBLIC OFFICERS LAW)

NAME Josue Cabrero DIVISION NJ

JAIL ID NO: 293423 BLOCK & CELL 4NE 32

TO WCDOC RECORDS ACCESS OFFICER:
I hereby request the following information persuant to the freedom information act (Article 6 of the New York Officer's law)

I have received the trust account withdrawl Form For the request I made on July 30 2026 and August, 19, 2026 for my jail records and have not received them.

I'm requesting my medical records from Wellpath from 8-1-26 to present. I have already provided a HipAA form to you.

ALL REQUEST FOR MEDICAL RECORDS MUST BE ACCOMPANIED BY A COMPLETED AND SIGNED HIPAA RELEASE FORM

In requesting the foregoing information. I acknoledge that I may be required to pay fees associated with the cost of reproduction of the requested materials (including deductions from future inmate funds during subsequent incarceration and or when they otherwise become available). Fees include .25 per page for custody records and .75 per page for medical records.

Additionally, I recognize thatWCDOC may deny access to records or portions thereof based upon the limitations set forth in New York Public Officers Law 87 (2) (a) through (k)

Thank you for your consideration of this request

DATE: 10-13-26 SIGNED [signature]

26-CV-5645

WESTCHESTER COUNTY DEPARTMENT OF CORRECTION

INMATE REQUEST FOR INFORMATION [NEW YORK PUBLIC OFFICERS LAW]

NAME: Josué Cabrera DIVISION: ______

JAIL ID NO: 243423 BLOCK & CELL: 4NE #32

TO: WCDOC RECORDS ACCESS OFFICER

I hereby request the following information pursuant to the Freedom of Information Law (Article 6 of the New York Public Officer's Law):

Complete and Full Jail records from time of admition to present time, Grievences, diciplinary reports, investigations, statements, comunications, Notes Any and all records of my time in this facility.

This is my second request for this records

ALL REQUESTS FOR MEDICAL RECORDS MUST BE ACCOMPANIED BY A COMPLETED AND SIGNED HIPAA RELEASE FORM

In requesting the foregoing information, I acknowledge that I may be required to pay fees associated with the cost of reproduction of the requested materials (including deductions from future inmate funds during subsequent incarcerations and or when they otherwise become available). Fees include .25 per page for custody records and .75 per page for medical records.

Additionally, I recognize that WCDOC may deny access to records or portions thereof based upon the limitations set forth in New York Public Officers Law § 87 (2) (a) through (k).

Thank you for your consideration of this request.

DATE: 7-14-26 SIGNED: [signature]

WCDOC FOIL Form (REVISED: 8 13)

26-cv-5645

To records access officer:

I am writting to request that due to the fact that I have not received any funds in to my inmate account since I have been a detainee in this facility which makes me indigent, i will like to know what can be done so I can get my jail records I requested in 7/30/26. Please reply to this letter. Thank you.

Sincerely,

Josue S Cabrero-Gonzalez
243423

4NE 32

26-CV-5645

10-5-26

To Warden Delgrosso

I'm writting to you to request a small Box to send to the Pro-se intake unit. I have alot of evidence for both 1983 complaints I filed and more coming. As of the moment I have over 200 pages of medical records and grievences I need to send to the courts. I'm currently waiting for my Jail records to come from the records officer wich will add to that and It won't fit in an envelope. I will appreciate a response and that you grant this request. Thank you

[signature]

Josue Cabrero
243423
4NE 32

~~Afidavid~~ AFFadavit

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

X

JOSUE S CABRERO-GONZALEZ
Plaintiff,

V. 26-CV-5645

WESTCHESTER DEPARTMENT OF
CORRECTIONS et la.,
Defendants,

X

Under local civil rule 33.2 plaintiff request from the courts automatic discovery. due to the plaintiff not having internet access the apropriate form can not be downloaded to make this request so the request is being made in this format. Please reply to this request with the information requested to my adress address at 94 St. Jhons Drive Rochester N.Y 14626. Since there is no notary public available the plaintiff will be using his jai jail ID number to confirm his signature on this document. 0000243423

Josue S Cabrero-Gonzalez

10/14/26

Sworn to Before Me
this 21st Day of October, 2026

X
Notary public

NEISHA A STEWART
Notary Public, State of New York
No. 01ST6407156
Qualified in Westchester County
My Commission Expires May 11, 2028

STATEMENT Affadavit

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

X

JOSUE S CABRERO-GONZALEZ
Plaintiff,

V.

26-CV-5645

WESTCHESTER DEPARTMENT OF
CORRECTIONS, et al.,
Defendants,

X

Since I filed this claim on 6/26/26 I have only received 2 orders from the courts. The first was 26-Cv-5645 (UA) granting IFP application. The second was dated 8/25/26 and it was order 26-CV-5645 (PMH). I have not received any other orders or decisions regarding this case. I have been informed by a staff member in this facility that one of the officers, defendant in this case has been working in the facilities mailroom and had been reading and tampering with my mail for this reason I will like that any and all future corespondence from the court be mailed to my alternate address. 94 St. Jhons Drive Rochester N.Y 14626. If I have missed any orders from the courts I ask that these be sent to my alternate address and that an extension be granted for any orders having a due date. I write this statement under penalty of perjury and that all information is true to my knoledge. Due to the notary not being available I cannot notorize this document but I confirm my signature by my jail identification number 0000243423.

Josue S Cabrero-Gonzalez

[signature]

10/21/2026

Sworn to Before Me
this 21st Day of October, 2026

[signature]
Notary Public

NEISHA A STEWART
Notary Public, State of New York
No. 01ST6407156
Qualified in Westchester County
My Commission Expires May 11, 2028

IH-34 Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Josue S Cabrero-Gonzalez

(List the full name(s) of the plaintiff(s)/petitioner(s).)

26 CV 5645 (____)(____)

-against-

## NOTICE OF CHANGE OF ADDRESS

Westchester Department of Corrections

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

Cabrero-Gonzalez Josue S.
Name (Last, First, MI)

| Address | City | State | Zip Code |
|---|---|---|---|
| 94 ST Jhons Drive | Rochester | N.Y. | 14626 |

347-684-6057
Telephone Number

N/A
E-mail Address (if available)

10/21/26
Date

[signature]
Signature

Sworn to Before Me
this 21st Day of October, 2026

x [signature]
Notary Public

NEISHA A STEWART
Notary Public, State of New York
No. 01ST6407156
Qualified in Westchester County
My Commission Expires May 11, 2028

26-CV-5645

New York State Commission of Correction
Inmate Grievance Form
Form SCOC 7032-1 (11/2015)

Facility: Westchester County Jail  Housing Location: 4NE 32

Name of Inmate: Josue Cabrera  Grievance #: 26-0241

**Brief Description of the Grievance** *(Submitted by the grievant within 5 days of occurrence)*
Number of Sheets Attached ( )

I received a letter from whit Plain u.s district Judge philip M. Halpern where he notified me an order of service was sent to me at the end of July I never received

**Action requested by the grievant** *(Submitted by the grievant within 5 days of occurrence)*:
Number of Additional Sheets Attached ( )

I will like to know why I didn't get that lette and why I have not been receiving certify mail receipts as well as letters I have sent out have not reached their destination

Grievant Signature: [signature]  Date/Time Submitted: 9-4-26

Receiving Staff Signature: [signature] #232  Date/Time Received: 09/04/26

Investigation Completed by: SGT Losco #232  Date Completed: 09/08/2026

**Decision of the Grievance Coordinator**  Number of Sheets Attached (1)
*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

- ☐ Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)
- ☐ Grievance Accepted
- ☑ Grievance Denied on Merits
- ☐ Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)
- ☐ Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)

SEE ATTACHED MEMO

Signature of the Grievance Coordinator: [signature] #232  Date: 09/08/2026

26-CV-5645

WESTCHESTER COUNTY

Memorandum
Department of Correction
Valhalla, NY

Date: September 8, 2026

To: INMATE Josue Cabrero
(JID#: 243423 BKG#: 25-2741)

From: SGT. Losco #232 #232

Re: Grievance #: 26-0241

---

You submitted a grievance on 09/04/2026 stating the following:
COMPLAINT: "I received a letter from White Plains U.S district Judge Philip M. Halpen where he notified me an order of the service was sent to me at the end of the July I never received"
REMEDY SOUGHT:"I will like to know why I didn't get that lette and why I have not been receiving certify mail receipts as well as letters I have sent out have not reached their destination."

I have conducted an investigation in regards to your grievance and found the following: Your grievance appears to lack merit. You state in your grievance that you have received mail from "US District Judge Philip M. Halpern" who stated you were to receive an "order of service." You further request in your remedy an explanation as to why you have not received certain expected mail and why you have not been receiving certified mail receipts/letters. Based on an investigation conducted by staff in the Westchester County Department of Correction's (WCDOC) Mail Room, it was determined that you have been regularly receiving mail and certified mail receipts, with no evidence of unnecessary delay and/or tampering by WCDOC Staff. Based on the lack of evidence found in our internal investigation and your lack of providing any further evidence that indicates delay or inefficiency by this department's mailroom to facilitate your incoming and outgoing mail, it is my conclusion that your grievance ultimately lacks merit.

Due to the findings of my investigation, your grievance is denied. Your requested remedies are also denied. A proper investigation was conducted and there is no evidence of any wrongdoing by this department as it relates to your claims made in your grievance. You have the right to seek outside assistance from your lawyer or other contact(s) to consult with the US Mail services in regards to any potential issues with your mail prior to being received by this facility and after outgoing mail has left this facility.

Final Determination: **Grievance Denied**

26-CV-5645

WESTCHESTER COUNTY

Memorandum
**Department of Correction**

Date: **September 14, 2026**

To: **Cabrero, Josue**
**JID #243423; BKG # 25-2741**

From: **J. Tejeda**
**Assistant Warden**

Re: **Grievance #26-0241**

---

I have reviewed your appeal to the grievance number referenced above and I concur with the grievance coordinator's decision to deny your grievance on merits. A portion of your grievance is also non grievable.

After further investigation into your complaint, I have made the following determination:

---

You claim that you received a letter from the White Plains US District Judge Philip M. Halpern where he notified you of an order of service that was sent to you in the end of July in which you never received. I have reviewed the records of our mail and it appears that you have been receiving certified mail receipts. Therefore, this portion of your grievance is denied.

You did not product a letter that you received from US District Judge Philip M. Halpern. There is no record of receiving any mail from US District Judge Philip M. Halpern. Therefore, this appears to be an issue with the United States Postal Service, and this is out of the control of the CAO.

In reference to mail that you have sent out that has not received their destination, we have not received any returned mail. Therefore, your issue is with the United States Postal Service, and this is out of the control of the CAO. This portion of your grievance is non greivable.

In reference to your requested remedy, we cannot tell you why you did not receive a letter that we have no knowledge of existing nor why your mail did not reach its destination. You have been and you will continue to receive certified mail receipts.

For the reasons indicated above, I am upholding the decision of the grievance coordinator. Your grievance appeal is partially denied and partially non grievable. Your actions requested are also denied on merit.

26-CV-5645

WESTCHESTER COUNTY

Memorandum
**Department of Correction**

Date: October 17, 2026

To: Inmate Josue Cabrero
Bkg #25-2741, Jid #243423

From: Sergeant Crump #249

Re: Grievance # 26-0278

---

Upon review of your grievance, you alleged that orders issued by United States District Judges Philip M. Halpern on July 14, 2026 and Nelson S. Roman on July 29, 2026 were not received. The grievant further alleges that this is the second occurrence of missing court correspondence and expresses concern that Correction Officer Robinson, who allegedly works in the mailroom, may be interfering with your mail.

The grievance, as presented, does not establish that the alleged nonreceipt of the court orders resulted from intentional interference, improper handling, or misconduct by any specific staff member. The grievant's assertion regarding Correction Officer Robinson is based on information allegedly received from another correction officer and does not, by itself, establish that the named employee improperly accessed, withheld, or tampered with the correspondence.

Furthermore, the grievance does not provide sufficient documentation to establish the mailing, delivery, or disposition of the referenced court orders. Accordingly, the available information does not substantiate the allegation that the facility staff violated applicable procedures.

In addition, the dates of the alleged occurrences is past five days.

Your grievance is denied due to the lack of merits.
Your remedy sought after is denied as well.

26-CV-5645

Westchester gov.com

**Kenneth Jenkins**
**County Executive**

John M. Nonna
County Attorney

Office of Risk Management

Kandy Davenport
Director

To Whom It May Concern:

Please deliver the enclosed documents to Josue Cabrero-Gonzalez. He should fill out the documents and return them to receive a settlement payment for claim filed with the County:

Westchester County Department of Risk Management
148 Martine Avenue, White Plains, NY 10601

---

REDUCE REUSE RECYCLE

Michaelian Office Building, Room 241
148 Martine Avenue
White Plains, New York 10601 Telephone: (914)995-2740 Fax: (914) 995-2707 Website: westchestergov.com

26-CV-5645

WESTCHESTER COUNTY

**Kenneth W. Jenkins**
**County Executive**

Department of Correction

Joseph K. Spano
Commissioner

September 30, 2026

Josue Cabrero
WCDOC JID No. 243423
Jail Division: 4-NE-032

RE: FREEDOM OF INFORMATION LAW (FOIL) REQUEST

Dear Mr. Cabrero:

This letter will acknowledge your FOIL request received July 30, 2026. The records have been compiled and consist of approximately 1,112 pages. Pursuant to the Department of Correction's fee schedule, there is a **$40.00** fee for copying these records.

If you choose to obtain the records set forth in your request, the above sum ($40.00) will be deducted from your inmate trust account. In the event your inmate trust account lacks sufficient funds to cover these copying costs, a hold will be placed on your account requiring repayment from future deposits/balances. Please indicate your consent to the same by returning the enclosed 'Trust Account Withdrawal Form (FOIL)' to this office.

Very truly yours,

Nory Padilla
1st Deputy Commissioner
Records Access Officer

NP/wh
Attachment

PO Box 389
Valhalla, NY 10595 Telephone: (914) 231-1166 Fax: (914) 231-1262 e-mail: nnp4@WestchesterCountyNY.gov

26-CV-5645

WESTCHESTER COUNTY

**Kenneth W. Jenkins**
**County Executive**

Department of Correction

Joseph K. Spano
Commissioner

August 24, 2026

Josue Cabrero
WCDOC JID No. 243423
Jail Division: 4-NE-032

RE: FREEDOM OF INFORMATION LAW (FOIL) REQUEST

Dear Mr. Morales:

This letter is to acknowledge that the Department of Correction received your two requests for information dated July 30, 2026 and August 19, 2026. You are hereby advised that a consolidated response to the requests will be provided within twenty (20) business days of this acknowledgment.

Please note that pursuant to the New York State Public Health and Public Officers Laws, WCDOC charges twenty-five cents (.25) per page for copies of general records and seventy-five cents (.75) per page for copies of medical records.

Very truly yours,

Nory Padilla
1st Deputy Commissioner
Records Access Officer

NP/wh

PO Box 389
Valhalla, NY 10595 Telephone: (914) 231-1166 Fax: (914) 231-1262 e-mail: nnp4@WestchesterCountyNY.gov

26-CV-3645

WESTCHESTER COUNTY

**Kenneth W. Jenkins**
**County Executive**

Department of Correction

Joseph K. Spano
Commissioner

August 7, 2026

Josue Cabrero
WCDOC JID No. 243423
Jail Division: 4-NE-032

RE: FREEDOM OF INFORMATION LAW (FOIL) REQUEST

This letter is to acknowledge that the Department of Correction received your request for information on July 30, 2026. You are hereby advised that a response to the request will be provided within (20) business days of this acknowledgment.

Please note that pursuant to the New York State Public Health and Public Officers Laws, WCDOC charges twenty-five cents (.25) per page for copies of general records and seventy-five cents (.75) per page for copies of medical records.

Very truly yours,

Nory

Nory Padilla
1st Deputy Commissioner
Records Access Officer

NP/wh

PO Box 389
Valhalla, NY 10595 Telephone: (914) 231-4801 Fax: (914) 231-1262 e-mail: nnp4@WestchesterCountyNY.gov

Josue Cabrero
10 Woods Road
VAlhalla, NY, 10595

9589 0710 5270 0232 9713 11

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 10595
02 7H
0006193888
$ 015.44⁰
OCT 26 2026

USMP3
SDNY

Pro-SE - Intake unit
500 Pearl Street
NY, NY, 10007

SDNY PRO SE OFFICE
2026 OCT 28 PM 6:17