UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JOSUE S. CABRERO GONZALEZ,

Plaintiff,

v.

WESTCHESTER DEPARTMENT OF CORRECTIONS, et al.,

Defendants.
---------------------------------------------------------X

**ORDER**

26-CV-05645 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, without the Court's leave or defendants' written consent, filed an amended complaint (Doc. 28) dated October 21, 2026, in violation of Rule 15 of the Federal Rules of Civil Procedure, the Local Civil Rules, and this Court's Individual Practices. To the extent Plaintiff seeks the Court's leave to file an amended complaint, that application is denied without prejudice. The Court notes that Plaintiff already filed an amended complaint on July 27, 2026 (Doc. 10), and the Court issued an Order of Service (Doc. 11) directing service of the named defendants. Defendants have not yet been served or otherwise appeared in this action. Plaintiff also filed an amended complaint on August 18, 2026 without the Court's leave or defendants' written consent (Doc. 12), and the Court likewise denied Plaintiff leave to amend (Doc. 13).

Because Plaintiff filed an amended complaint without prior approval of the Court or defendants' written consent, the Court respectfully directs the Clerk of Court to strike Doc. 28 from the docket but retain the summary docket text for the record.

**SO ORDERED:**

Dated: White Plains, New York
November 4, 2026

Philip M. Halpern
United States District Judge